| | AUSA: Diane Princ | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:  Aaron Erkkinen | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Phillip Bonneville

Case No. 26-mj-30375

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 1, 2022 - June 25, 2026 _____ in the county of _____ Macomb _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Aaron Erkkinen, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ June 25, 2026 _____

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Aaron Erkkinen, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation. I have been in this position since December 2014, after graduating from the FBI Academy in Quantico, Virginia. I am currently assigned to the Joint Terrorism Task Force (JTTF) in Detroit. As part of my current duties, I investigate federal criminal violations relating to firearms, bomb threats, threats of violence communicated over phone and using the internet, and other federal violations. A significant portion of the recent investigations in which I have participated have involved analyzing the use of technology by criminal actors, to include online and telephonic contacts, online activity, social media, and other online platforms. I have attended FBI trainings regarding such technology and methods of online investigations.

2. This affidavit is based on my training and experience, review and analysis of oral and written reports, discussions with other law enforcement officers, and my personal participation in the investigation including interviews of witnesses. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of the facts known to law enforcement related to this investigation.

3.      This affidavit is made in support of a criminal complaint charging PHILLIP BONNEVILLE with cyberstalking, in violation of 18 U.S.C. § 2261A(2).

## PROBABLE CAUSE

4.      Adult Victim One (AV-1) is currently a pastor at a church in Ithaca, NY. He has been the pastor there since August 2022.

5.      In June 2025, AV-1 reported to the FBI that an individual named PHILIP BONNEVILLE (BONNEVILLE) has been sending harassing and threatening emails to AV-1 and two female congregants at AV-1's church, Adult Victim Two (AV-2) and Adult Victim Three (AV-3).

6.      According to AV-1, BONNEVILLE used to be a PhD student at Cornell University before he was asked to leave the program in the summer of 2023. While at Cornell, BONNEVILLE used to attend AV-1's church before the church elders banned him from attending due to his repeated harassment of AV-2.

7.       AV-1 provided the FBI with a timeline of BONNEVILLE's actions related to AV-1, AV-2, and AV-3, as well as copies of email communications from BONNEVILLE. The email communications AV-1 provided included emails between BONNEVILLE and AV-2, and BONNEVILLE and AV-3, as both AV-2 and AV-3 had forwarded those communications to AV-1.

2

8.      In September 2025, AV-2 also provided the FBI with a timeline of her interactions with AV-1. The reporting by AV-1 and AV-2 is summarized below, with additional investigative findings. The summary does not include all of the information reported by AV-1 and AV-2.

## AV-1 and AV-2

9.      AV-2, who is a church congregant and Cornell student, first met BONNEVILLE in summer 2021 when they both attended the church. They became friends, but by May 2022, BONNEVILLE's behavior had changed after he returned home to Michigan and began sending her strange emails including one where he tried to convince her to date him. Since May 2022, AV-2 estimates that BONNEVILLE has sent her over 130 emails, despite AV-2 repeatedly telling BONNEVILLE to stop contacting her.

10.     More specifically, beginning on May 7, 2022, BONNEVILLE sent AV-2 an email saying that the devil was tempting him to marry her. In mid-May 2022, he apologized and said that his treatment put him in a weird mental state.

11.     By June 2022, BONNEVILLE returned to Ithaca and they remained friends, but he continued to send AV-2 long emails that AV-2 found to be  very strange. AV-2 became increasingly worried about BONNEVILLE because the content of his emails was "inappropriately intense" for their friendship.

3

12.     On July 22, 2022, BONNEVILLE texted AV-2 that it was God's will that they be together. AV-2 responded that she did not want to pursue anything romantically.

13.     BONNEVILLE's troubling behavior culminated in late July 2022 when he called AV-2 and confessed that when he originally told her that the devil was tempting him to marry her (on May 7, 2022), it was actually that the devil was tempting him to murder her. He also sent AV-2 an email on July 29, 2022, stating that the devil told him, "[AV-2] is a temptation. Kill her."  He then claimed that a few days later, he managed to put aside that voice and never heard it again. BONNEVILLE sent this email from his Yahoo account, philipbbonn@yahoo.com, which is an electronic communication service and/or facility of interstate commerce.

14.     In August and September 2022, AV-2 reported BONNEVILLE's behavior to Cornell's Title IX Office as well as their Sexual Harassment and Assault—Response and Education Office. In Fall 2022, she also informed AV-1 that she was being harassed by BONNEVILLE.

15.     On November 18, 2022, AV-2 told BONNEVILLE via email that she thought his emails to her were destructive and caused her a lot of distress and that she did not want him to send her anymore emails.

4

16.   In November 2022, AV-1, with permission from AV-2, informed BONNEVILLE that his behavior was unacceptable and that AV-2 did not wish to communicate with BONNEVILLE any longer.

17.   In December 2022, AV-1 met with BONNEVILLE and recommended to BONNEVILLE that he receive mental health treatment. BONNEVILLE went home to Macomb, MI, for Christmas.

18.   On January 16, 2023, BONNEVILLE requested the Ithaca Police Department conduct a welfare check on AV-2, reporting that he believed she was being sex trafficked across state lines by individuals using false identities. AV-2, who was in Arizona at the time, spoke on the phone with Ithaca Police and told the officer she believed BONNEVILLE was experiencing mental health problems. AV-2 consulted with AV-1 about this incident and AV-1 encouraged AV-2 to get a restraining order against BONNEVILLE.

19.   On January 20, 2023, the Dean of Students at Cornell University called 9-1-1 regarding BONNEVILLE. The dean reported that BONNEVILLE stated that unspecified female Cornell students were a part of a sex ring and the devil wanted him to kill them.

20.   At the Dean's request, an officer attempted a welfare check on BONNEVILLE twice that day. During the second attempt, the officer spoke with BONNEVILLE, who denied making the comment and then ran into his apartment

5

building entryway. With his head sticking out of the building door, BONNEVILLE stated he did not wish to harm anyone or himself, but was experiencing a mental health breakdown. When asked about the sex ring, BONNEVILLE explained he did not know the girls who were involved.

21.     On January 26, 2023, BONNEVILLE called the Cornell University Police Department (CUPD) for another welfare check of AV-2. At this point, AV-2 reported her concerns to the police. Cornell Police told AV-2 that they informed BONNEVILLE not to contact AV-2 anymore.

22.     Later that same day—after he had been told not to contact AV-2—BONNEVILLE confronted AV-2 at a campus ministry event, following her around until he was told to leave by event leaders. He waited for the event to end and again confronted AV-2. CUPD responded to the event and told BONNEVILLE that AV-2 did not want to speak with him and that a No Contact Order would be submitted through Cornell's Title IX Office due to the history of harassment by BONNEVILLE towards AV-2. Eventually, AV-2 obtained a no-contact order, and campus ministry leaders notified BONNEVILLE that he was not to attend events related to the campus ministry.

23.     On February 2, 2023, AV-1 and church elders at AV-1's church addressed BONNEVILLE's behavior and asked BONNEVILLE to no longer attend the church, unless he was willing to seek support for his mental health.

6

24.     On April 18, 2023, BONNEVILLE violated the no-contact order by emailing AV-2 claiming the no-contact order was on hold. AV-2 confirmed with CUPD that this was not true. She also reported BONNEVILLE's behavior to Cornell's Title IX Office as well as their Sexual Harassment and Assault—Response and Education Office.

25.     On April 24, 2023, BONNEVILLE was arrested by CUPD on the charge of Harassment–2nd Alarm or Annoy. As part of that criminal case, the Hon. Richard M. Wallace of the Ithaca City Court issued a temporary order of protection (OOP) against BONNEVILLE. The OOP, among other things, ordered BONNEVILLE to "[r]efrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with" AV-2.

26.      On September 13, 2023, the criminal charge against BONNEVILLE was disposed of with an "Adjournment in Contemplation of Dismissal" (ACD)[1] for a period of six months. The OOP was also extended until March 13, 2024.

27.     Around that same time (March 2024), BONNEVILLE began sending numerous emails to AV-1 and elders of AV-1's church, accusing AV-1 of abuse and "secret homosexuality." By the end of April 2023, AV-1 emailed

---

[1] Pursuant to New York CPL § 170.55, an ACD "is an adjournment of the action without date ordered with a view to ultimate dismissal of the accusatory instrument in furtherance of justice."

BONNEVILLE and requested BONNEVILLE cease all communications with AV-1. Since then, BONNEVILLE has constantly and consistently emailed AV-1, sending him what AV-1 estimates to be approximately 500 emails, including as recent as June 17, 2026.

28.     In March 2024, AV-2's OOP expired, and BONNEVILLE immediately resumed communications with AV-2, requesting that they begin dating. She responded, stating she wished to have no contact with BONNEVILLE.

29.     In May 2024, BONNEVILLE told church elders he would attend a Sunday worship to protest his case against AV-1 and the church. AV-1 informed BONNEVILLE he was not allowed to attend.

30.     In approximately May 2024, BONNEVILLE began sending communications from the email address: philhd@proton.me. Protonmail is a foreign-based email platform which is an electronic communication service and/or facility of interstate commerce.

31.     In July 2024, BONNEVILLE arrived at a Presbyterian church in St. Louis, MO before their Sunday service and requested to meet with church leaders so he could argue his case against AV-1. It should be noted, AV-1 was a former member of the Missouri Presbytery in the St. Louis area. BONNEVILLE was a former student at Washington University in St. Louis, MO.

32.     Between August and September 2024, BONNEVILLE began emailing complaints regarding AV-1's alleged misbehavior to wider audiences, including AV-1's church members and local (Ithaca) church leaders of other Christian denominations. BONNEVILLE often "cc'd" AV-1 on these emails. During that same time, AV-1, in order to clear his name, requested the Presbyterian credentialing body, the New York State Presbytery (NYSB), investigate BONNEVILLE's allegations of AV-1.

33.     In September 2024, BONNEVILLE was served with a persona non grata (PNG) notice, which indicated he was not to set foot on South Hill Business Campus, the property that included AV-1's church. He was also served a PNG from Cornell University, which was good for one year.

34.     AV-1 continued to receive numerous emails from BONNEVILLE throughout the Fall of 2024 and Winter of 2025.

35.     In April 2025, NYSB found no evidence of wrongdoing by AV-1 and exonerated him. BONNEVILLE was informed of the results of the investigation.

36.     In May 2025, BONNEVILLE sent several emails to all the churches of the NYSB, including AV-1 and AV-1's church, stating that God would visit five plagues on the church and that three were "on the horizon" and that recipients should "repent, therefore!" In the emails, BONNEVILLE expressed frustration that he was not contacted during the investigation into AV-1. BONNEVILLE also

9

stated, "God is prepared to act—dramatically—in this situation. I strongly advise someone to come forward before He does…He is slow to anger, but he does not leave the guilty unpunished. I am referring chiefly here to new Life leadership...."

37. Towards the end of May and the beginning of June 2025, BONNEVILLE began emailing the leaders of the Presbyterian Church of America (PCA), located in Atlanta, GA, making the same allegations against AV-1. Below are excerpts from some of the many emails:

a. "I believe this pastor's actions in this situation have been characteristic of a broader pattern of both pro-homosexual and authoritarian behavior...." (May 28, 2025);

b. "While going through a horrendous patch of demonic oppression and attack, I too got violent. This is while I was at home with parents, starting in summer 2023: I suffered church hurt 6 months earlier by being banned from New Life. . . I was in a deluded state where I wasn't sure what reality was. . . I attacked my father in cold blood...." (June 1, 2025);

c. "Take this to heart, for the LORD does not sleep. He will repay to [AV-1's church] all its wicked deeds. Judgment is coming soon." (June 6, 2025);

d. "God is immensely angry with this teaching elder and church, and he is planning something very dramatic at this year's General Assembly." (June 10, 2025).

38. On June 24, 2025, BONNEVILLE emailed AV-1 and a church elder and included several references to Ted Kaczynski (the domestic terrorist known as the "Unabomber"). The next morning, AV-1 received an email forward from

10

BONNEVILLE which stated BONNEVILLE would be attending the General Assembly (in Chattanooga) on Friday, June 27. PCA General Assembly was a gathering of 5000 PCA church leaders, including AV-1, in Chattanooga, TN, from June 23-27, 2025.

39.     According to a Hamilton County Sheriff's Office report, on June 27, 2025, BONNEVILLE was encountered by deputies at the General Assembly in Chattanooga, TN. BONNEVILLE claimed to be praying when he was confronted. He was searched for weapons (negative findings) and left when asked to do so. Also, during  June 2025, Articles of Incorporation for a  business named "Recondite Technical Consulting Company" were filed with the State of Michigan listing BONNEVILLE's mother as the registered agent, PHILIP BONNEVILE as the incorporator, and BONNEVILLE's Macomb, Michigan residence as the address of the registered office. A publicly available LinkedIn page for "Philip Bonneville" lists himself as the "founder, interim president, and lead consultant at Recondite Consulting (recondite.us), a budding enterprise seeking to more purposefully allocate American higher-education talent within the industrial and corporate world."

40.     In July 2025, BONNEVILLE sent numerous emails to the NYS Presbytery and AV-1 issuing warnings about plagues and complaining about being prevented from attending the General Assembly.

11

41.     On August 18, 2025, AV-1 (along with a church elder and others associated with the New York State Presbytery) received an email from "Philip Bonneville <legal@recondite.us>." The email discussed the "great disturbance between Philip Bonneville" and the leadership of AV-1's church and rehashed some of BONNEVILLE's complaints originating from the ban from the church. The email was signed by "Mr. Philip Bonneville, Interim President and Lead Consultant, Recondite Technical Consulting Co."

42.     Throughout August 2025, BONNEVILLE sent AV-1 and others associated with the New York State Presbytery several more similar emails.

43.     A screenshot was captured from RTCRESEARCH.BLOG (listed as the research arm of RECONDITE) and RECONDITE.US which depicted a post on September 16, 2025: "To stalk or not to stalk, that is the question. There is not room in this world for both Bonneville and [AV-1's first name]. In sparing my life, the trinity has killed me even still. [abrupt stage exit]."

44.     On September 24, 2025, BONNEVILLE emailed the property manager of South Hill Business Campus (SHBC) suggesting that they had revoked BONNEVILLE's PNG status banning him from their campus. On September 26, 2025, the SHBC property manager informed BONNEVILLE that the PNG remained in effect indefinitely. Throughout September and October 2025,

12

BONNEVILLE continued to email the property manager, with AV-1 copied, in order to contest the PNG notice.

45. On September 27, 2025, BONNEVILLE emailed AV-1 from philipbbonn@gmail.com. The subject line of the email was "Sequence (of Plague 2)" and discussed three things that would happen starting in December 2025. One of BONNEVILLE's predictions for AV-1 was that "Your worst nightmare will happen. (Yes, a nightmare, but not a violent one.)" BONNEVILLE also stated, "If you bait God into bringing Plague 3, you will lose all that you hold dear, including your wife, your children's respect, and your (apparent) sanity." The email was signed, "Philip Bonneville."

46. In early October 2025, BONNEVILLE sent several emails to leaders of the NYS Presbytery and AV-1, claiming that they had confused him with a different "Philip Bonneville" when issuing their report exonerating AV-1.

47. On October 6, 2025, AV-1 received an email from a Protonmail account (using BONNEVILLE's mother's maiden name) which stated the following:

> *On behalf of the ox: [AV-1], tear down this parapet! It does not exist to keep me out, but to keep others in. God is absolutely furious about the captives, and is gracing me with dignity far above that of most beasts of the field.*
>
> *You have a week from midnight. If you do not, I shall gore in secret. And it shall not your tongue that needs mending from the fire*

*department. Rather, you shall have put her up to it. My teacher says that the shame you'll feel will be far worse than any punishment you may receive.  Let's hope that proves true. --Ox Imperceptible*

48.     On October 7, 2025, AV-1 received an email from priority@recondite.us that was also sent to AV-3, AV-2, CUPD, and others, with the subject line "Preliminary Research for Upcoming Corporate Evaluation of 'Philip Bonneville.'" The email sought information regarding allegations made against "a Philip Bonneville (whether ours, or someone else's)." The email said to reach them via email or at BONNEVILLE's residence.

49.     On November 20, 2025, numerous PCA churches in the Ithaca area received an email from BONNEVILLE entitled, "An Apology to the New York State PCA," which stated:

> *God shall destroy all the churches of the NYS Presbytery.  He shall not let up until the entirety of the churches lie in utter ruins and the sheep are horrified and disburse.  It shall be as if violence had been done to every church in the NYSP.  For the Lord God knows when violence is justified, and when it is not.  He shall act violently, not I.  But mark my words, your plight shall be worse than if I had set up to bomb every church in the NYSP.  Here, ye, the word of the Lord.*

> *and*

> *To be clear, not more than three or four of the churches of the NYS Presbytery will be left intact.  Every other church will be as good as dead.  They will totally die off as ecclesiastical entities.  --Philip Bonneville*

14

50.     On December 9, 2025, Macomb County Sheriff's Office contacted BONNEVILLE for a welfare check. This welfare check was precipitated by an email sent by BONNEVILLE to AV-1 whereby BONNEVILLE described a plot to kidnap AV-3, which was to occur one year prior. BONNEVILLE's email spoke to his desire to "kidnap her, and give her essentially 'exposure therapy' to [him]…" During this encounter with law enforcement, BONNEVILLE was instructed not to contact AV-1 further.

51.     Two days later on December 11, 2025, BONNEVILLE emailed AV-1 and the Macomb County Sheriff's Office, requesting "no further police visits on behalf of AV-1, unless he presses charges against [him] or there is a true emergency." BONNEVILLE also attached a three-page letter to "Police Agencies Concerning Unnecessary and/or Excessive Police Attention RE: [AV-1,]" describing his perception of the conflict between himself and AV-1 and indicating AV-1 was "defaming" him and that he believed "God calls [him] to speak" about his case against AV-1.

52.     On December 19, 2025, AV-1 received an email from ditbellefleur@northmail.ca ("Benje dit Bellefleur"), signed by BONNEVILLE, that stated he (BONNEVILLE) would be "praying, lightly crossdressed (as protest), on the East side of Danby Rd, on the sidewalk across from the SHBC, on Sunday morning Dec. 28." This location is across the street from AV-1's church.

15

53.     On January 12, 2026, BONNEVILLE sent an email to over 120 recipients, including AV-1, AV-2, AV-3, law enforcement agencies, his own parents, and multiple PCA State/Regional Presbytery Clerk's Offices (Iowa, Eastern Canada, Eastern Carolina, Nashville, to name a few) continuing to state his case against AV-1 and the PCA.

### AV-3

54.     On January 23, 2023, BONNEVILLE emailed another female congregant at AV-1's church and friend of AV-2's named "HANNAH" (AV-3). The subject line of the email was "Getting Together" and in the email, BONNEVILLE asked her to lunch and indicated he might be interested in her. He also sent her a long "P.S." explaining how he has "come to be potentially open to crossdressing in a relationship" and how he believes AV-3 has been told he is a dishonest person. BONNEVILLE also apologized for previously reporting AV-3 to the police as a potential victim of a sex trafficking ring.

55.     On January 25 and March 24, 2023, BONNEVILLE sent emails to AV-3 apologizing for the January 23 email.

56.     On August 23, 2023, BONNEVILLE emailed AV-3 and stated, "I'm sorry if hearing from me again makes you uncomfortable in any way. I really like you, and you have been on my mind quite a lot since the start of the 2023."

BONNEVILLE then sent a long explanation about what has happened with AV-1 and AV-2.

57.    In May 2024, BONNEVILLE emailed AV-3 that he wanted to get to know her better. BONNEVILLE's emails to AV-3 included his requests that AV-3 communicate messages to AV-2 on BONNEVILLE's behalf.

58.    Through October 2024, BONNEVILLE continued attempting to contact AV-3, asking to have her father's email address. By the end of the month, BONNEVILLE inquired about AV-3's father, by way of emailing numerous PCA church leaders in Connecticut where AV-3's father might be a congregant.

59.    On August 27, 2025, AV-3 received an email from BONNEVILLE with the subject line, "Will you Marry Me, [AV-3's first name]?" BONNEVILLE stated that he wasn't interested in her last spring but that he would marry her in a heartbeat if she said yes. He then said, "So, here indeed is the question: Will you marry me? Will you marry me, [AV-3's first name]? I love you! –Yours warmly, Philip Bonneville"

60.    On October 8, 2025, AV-3 received an email from "Ethiopian Eunich" (ethiopianeunuch@protonmail.com), which she believed to be BONNEVILLE based on the content of the email, which stated:

> *Hi, My name's Patrick.  I first met a man, who says his full name is Philip Benje(min) Bonneville dit Bellefleur, at the Behavioral Center of Michigan in December 2024.  He said he was there because he was*

17

*hearing voices saying to kill a woman named " AV-3"--persistently--and threatening that he'd go to hell otherwise.  I've been transferred a few times since then.  Philip wrote down your email on a little piece of left-over foam from lunch; this email is my idea, now that I'm out of confinement. My family is originally from NYS...*

61.    On October 9, 2025, AV-3 received an email from "Patrick Frekhoff," using the same above email (ethiopianeunuch@protonmail.com), subject "I found the letter," which stated:

*Dear beloved, I'll never stop loving you, [AV-3's first name]; I just won't. You can try to make me stop, but it won't work. You may need to call in the fire department to mend your tongue; that's ok. You know, Job's wife gives her husband some pretty raunchy counsel, yet as far as we know, she's still around after God shows up: Job gets new kids, not a new wife. And God doesn't criticize Job's wife at all--in remarkable contrast to Job's friends, who critically need Job's prayer. She went through something very tough, and—[AV-3's first name]--you have far more so. You are like the mother of Samuel; you have prayed, and prayed, and prayed. God is answering your prayer. Just wait till he shows you. In the meantime, know this: you are an incredibly, incredibly lovely, God-honoring woman. HE is pleased with you, and remains so, no matter how much guilt you may feel. I love you, and Jesus does far, far more than either you or I could ever imagine. You are incredibly special. Merry Christmas, --Philip, Benje, Clive Staples, of whatever you want to call me*

62.    On October 12, 2025, AV-3 received another email from "Patrick Frekhoff," which stated that BONNEVILLE said "he feels that God might be calling on him to blow up an abortion clinic."

18

**Execution of Search Warrant of BONNEVILLE's residence, interview, and subsequent action taken by BONNEVILLE**

63.     On February 10, 2026, FBI agents executed a search warrant at BONNEVILLE's residence in Macomb, MI. Agents interviewed BONNEVILLE in the presence of his parents. During the interview, BONNEVILLE admitted to using numerous email addresses to email AV-1, AV-2, and AV-3, including: philipbbonn@yahoo.com, pbb64@cornell.edu, philhd@proton.me, philipbbonn@gmail.com, priority@recondite.us, cgrupe@proton.me, ethiopianeunuch@protonmail.com, and oxforchrist@pm.me. BONNEVILLE stated he threatened AV-1 "spiritually," but not physically and that he developed loose plans to kidnap AV-3. BONNEVILLE also stated that he believed God would be violent toward AV-1.

64.     BONNEVILLE was admonished by agents not to email any of the past recipients including A-1, A-2, and A-3 regarding his grievances.

65.     On May 14, 2026, AV-1 forwarded agents and email from M.S. of Shelton, Connecticut. In the email, M.S. described having historically received numerous emails from BONNEVILLE regarding plans to kidnap AV-3. M.S. contacted AV-1 because on that same day, BONNEVILLE showed up at the M.S.'s family home in Shelton, wishing to speak with M.S. Of note, M.S. is the

19

father of a woman with the same name as AV-3, but a different person than the intended target of BONNEVILLE.

66.    On May 18, 2026, FBI agents contacted BONNEVILLE's mother, who confirmed that BONNEVILLE traveled to Connecticut to explain his actions regarding AV-3 to M.S. BONNEVILLE's mother stated that BONNEVILLE recently became unemployed, began traveling, and planned to travel to Texas to see a friend.

67.    On May 19, 2026, N.V. emailed AV-1 about his having received an email from BONNEVILLE at approximately 4:00 a.m. that morning. N.V. is a professor at Texas A&M University. BONNEVILLE claimed to be in College Station, Texas, and requested a meeting with N.V.

68.    That same day, BONNEVILLE emailed an FBI agent (from philipbbonn@yahoo.com) which stated the following:

> *Just saw a text from my Mom saying you had called and expressed concern that my travels are raising the likelihood of prosecution. Right now I'm in Texas, so very far away from either Ithaca or [AV-3]'s parents somewhere in CT, or [AV-2] in Arizona. I'm trying to meet with an assistant professor at Texas A&M. He was a postdoc at Cornell 2019-2021 and attended New Life. He knows that I was already a congregant at New Life, even though [AV-1] and his allies have claimed in writing that I didn't start attending until 2021 (maybe to make it seem like a less severe matter to ban me). So he is a witness to [AV-1] lying about me.*

20

69.     Following this, BONNEVILLE, using  philipbbonn@yahoo.com,

sent emails to over 100 email addresses (mostly associated with the PCA and PCA

leadership), including those belonging to AV-1, AV-2, and AV-3, and stated he

was under Federal investigation for cyberstalking. BONNEVILLE blamed AV-1

for the investigation:

> *I am writing both to let you know about this prosecution under consideration, as well as to let you know that [AV-1] has once again complained about me to the police and/or court.  My crime this time? Trying to find contact info for [AV-3]'s father, so I can plead my case with him directly.  There was NEVER any imbroglio between me and [AV-3], and indeed the last email I got from [AV-3] said she forgave me for a weird and accidentally hurtful email I sent her six months earlier.  [AV-3] has never said she has anything against me.  It is natural to suppose that she is listed here in this court matter only on the basis of [AV-1]'s wishes; whether she is even aware of the court considering felony charges against me, I do not know.  It is entirely appropriate that I should want to make contact with [AV-3]'s dad, so he can hear my side of the story directly.  [AV-1] is not the only man with a position of influence in [AV-3]'s life: her father is too. [AV-1] has no ecclesiastical authority to bar me from contacting [AV-3]'s parents.  Indeed, [AV-1] has never even told me not to contact [AV-3]!!!  I simply guess that he doesn't want me to.  Again, there was never any dispute or falling out between [AV-3] and me.  She just got nervous based on false testimony from [AV-1] and [AV-2], and stopped replying.*
> *Sincerely,*
> *Philip Bonneville*

70.     On May 20, 2026, AV-3 received an email from "Largest Cardinal"

(largestcardinal@proton.me) which stated:

> *Dear [AV-3],*

*Please contact N.V.. He knows that everyone at New Life (with knowledge on this matter) is lying to you about when I started attending. I started attending as soon as I began at Cornell in 2018. Not what the ad interim report says (spring/summer 2021). Please contact N.V.!!!!! Contact N.V*

71.     On May 20, 2026, AV-3 received an email from "Largest Cardinal" (largestcardinal@proton.me), signed "Philip," which described BONNEVILLE's grievance against AV-1 and included attachments of the PCA's Investigative Report of the findings against AV-1 and BONNEVILLE's history of financial contributions to the PCA.

72.     On May 30, 2026, images of a Nissan Versa registered to BONNEVILLE were captured by license plate reader, indicating the vehicle was in the area of Whitney Point, New York (approximately 39 miles east of AV-1's church in Ithaca, New York). The Nissan Versa also appeared as having been wrapped in black vinyl or painted black, when it was previously observed as silver (May 27, 2026).

73.     On May 31, 2026, the Thompkins County Sheriff's Office received a report that BONNEVILLE was in Ithaca, New York. BONNEVILLE's former landlord told police he allowed BONNEVILLE to stay in a vacant apartment in Ithaca. Local law enforcement canvassed the area and were unable to locate BONNEVILLE.

22

74.　On June 3, 2026 at approximately 2:00 a.m., BONNEVILLE's vehicle was photographed by a license plate reader in Ashville, New York, approximately 185 miles west of Ithaca, New York.

75.　On June 17, 2026, AV-1 received an email from AV-3, who received an email from "Benje dit Bellefleur" which stated:

> *I look forward to seeing many of you at PCA General Assembly next week.*

76.　Open source searching indicates the PCA General Conference was scheduled from June 22 through June 26, 2026 in Louisville, KY.

77.　On June 24, 2026, at approximately 12:23 a.m., BONNEVILLE's vehicle was photographed by a license plate reader in Fort Mitchell, Kentucky, approximately 94 miles east of Louisville, KY. Also, during the morning hours of June 24, 2026, security encountered BONNEVILLE at the PCA General Assembly in Louisville, KY, after which BONNEVILLE left the premises.

78.　Based on my entire investigation to date, including my interviews of the victims, BONNEVILLE's repeated communications with AV-1, AV-2, and AV-3 have caused them substantial emotional distress.

## CONCLUSION

79.     Based on the foregoing, I have probable cause to believe that

BONNEVILLE has violated 18 U.S.C. § 2261A(2) (Cyberstalking).

Respectfully submitted,

Aaron Erkkinen
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my Presence and/or
By reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date:     June 25, 2026

24